IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| FREDRICK TUCKER, | ) | |
| Plaintiff, | ) ) ) | |
| | ) | NO. 1:21-cv-00073 |
| v. | ) ) | JUDGE CAMPBELL |
| WARDEN GRADY PERRY, et al, | ) ) | MAGISTRATE JUDGE HOLMES |
| Defendants. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 46), which was filed on September 6, 2022. Through the Report and Recommendation, the Magistrate Judge recommends that Plaintiff's motion for class certification (Doc. No. 45) be denied. The Magistrate Judge further recommends that Defendant Emily Pugh be dismissed from this action without prejudice for failure to effect service of process pursuant to Fed. R. Civ. P. 4(m). Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Plaintiff's motion for class certification (Doc. No. 45) is **DENIED**, and Defendant Emily Pugh is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 4(m).

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE